Michael A. Viscomi
VISCOMI & GERSH, PLLP
121 Wisconsin Ave.
Whitefish, MT 59937
viscomi@bigskyattorneys.com
(406) 862-7800

John Morrison
MORRISON SHERWOOD WILSON DEOLA PLLP
P.O. Box 557
Helena, MT 59624-0557
john@msdwlaw.com
(406) 442-3261

Alan J. Lerner
LERNER LAW FIRM
P.O. Box 1158
Kalispell, MT    59903-1158
lerner@lernerlawmt.com
(406) 756-9100
*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MONTANA, HELENA DIVISION

| | |
|---|---|
| DIANE O'BRIEN, individually, and on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HARTFORD ACCIDENT & INDEMNITY COMPANY, HARTFORD CASUALTY INSURANCE COMPANY, HARTFORD FIRE INSURANCE COMPANY, HARTFORD INSURANCE COMPANY OF THE MIDWEST, HARTFORD UNDERWRITERS INSURANCE | Case No. CV-15-14-CCL<br><br>**F.R.CIV.P. RULE 41 NOTICE OF VOLUNTARY DISMISSAL BY PLAINTIFF** |

| COMPANY, PROPERTY & CASUALTY INSURANCE COMPANY OF HARTFORD, SENTINEL INSURANCE COMPANY, LTD., TRUMBULL INSURANCE COMPANY, TWIN CITY FIRE INSURANCE COMPANY, and KNAPP INSURANCE AGENCY, INC., a Montana Corporation, | |
|---|---|
| Defendants. | |

COMES NOW Plaintiff Diane O'Brien, by and through her attorneys of record, and hereby dismisses this action pursuant to Rule 41(1)(a)(i), Fed.R.Civ.P. Defendants have not yet served an Answer to the Complaint nor have Defendants served a Motion for Summary Judgment.

Dated this 19TH day of April, 2016.

VISCOMI & GERSH, PLLP; MORRISON SHERWOOD WILSON DEOLA PLLP, AND; LERNER LAW FIRM

By:/s/ John M. Morrison
     *Co-Counsel for Plaintiffs*